**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| JAMES LASSITER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | HONORABLE RENÉE MARIE BUMB<br><br><br>Civil Action<br>No. 16-3372(RMB)<br><br><br>**ORDER** |

This matter having come before the Court on Petitioner's Motion to Vacate, Correct, or Set Aside his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1); Respondent having filed an answer to the motion (ECF No. 5); and the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **4th** day of **September 2019,** hereby

**ORDERED** that the Motion (ECF No. 1) is DISMISSED WITH PREJUDICE as untimely under 28 U.S.C. § 2255(f); and it is further

**ORDERED** that a certificate of appealability is DENIED, 28 U.S.C. § 2253(c)(2); and it is finally

**ORDERED** that the Clerk of the Court shall mark this matter **CLOSED.**

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge